**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING MOTION TO** |
| | ) | **AMEND INDICTMENT** |
| vs. | ) | |
| | ) | |
| Richie Allen Bloms, | ) | |
| | ) | Case No. 4:06-cr-010 |
| Defendant. | ) | |

The government filed a Motion to Amend Indictment on February 8, 2006. It requests that the court enter an order changing Defendant's name in the Indictment from Richard Allen Bloms to Richie Allen Bloms. In justification of its request, it points out Defendant advised the court at his initial appearance on January 24, 2006, that his given name is Richie Allen Bloms. It adds that investigative reports, court documents, and law enforcement records alternatively refer to Defendant as Richie, Richard, and Rich Bloms.

The court **GRANTS** the government's Motion to Amend Indictment (Docket No. 17). The Indictment shall be amended to reflect Defendant's given name, Richie Allen Bloms.

**IT IS SO ORDERED.**

Dated this 10th day of February, 2006.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge